**TOM BERG**
MORENO GRACIA & BERG
4306 Yoakum Blvd, Suite 240
Houston TX 77006
713-502-9596
tom@mgblawyers.com

September 7, 2026

Clerk, United States Court of Appeals for the Fifth Circuit

Re: 4:24-CR-371, *United States v. Gholar*

Dear Court:

I am in receipt of the government's brief in this matter. Insofar as my opening brief already addressed issues that I might raise in a reply brief, I will waive further briefing and have the matters submitted for the Court's consideration.

Best regards,

/s/______________________
Tom Berg

BOARD CERTIFIED®
Texas Board of Legal Specialization
CRIMINAL APPELLATE LAW
CRIMINAL LAW